# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR CHANG,<br><br>　　　　　　Defendant. | 2:15-cv-01449-APG-VCF<br><br>**ORDER** |

On July 30, 2015, the Honorable Andrew P. Gordon, United States District Court Judge, has referred to the undersigned Magistrate Judge, Plaintiff's request for permission to enter Chang's premises and work location to identify and inspect locations where the Confidential and Trade Secret Information may be stored. (#7). On August 6, 2015, Plaintiff has contacted the chambers to proceed with this request.

Accordingly,

IT IS HEREBY ORDERED that a status hearing to determine additional briefing on the issue as stated above is scheduled for 2:00 p.m., August 14, 2015, in courtroom 3D.

The Clerk of Court is directed to mail a copy of this Order to Defendant Victor Chang at 802 Seco Verde Ave., Henderson, Nevada 89015.

DATED this 6th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE