UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

AUDIO VISUAL SERVICES GROUP, INC. *et al.*,

                Plaintiffs,

vs.

VICTOR CHANG,

                Defendant.

2:15-cv-01449-APG-VCF

**ORDER**

    The parties had stipulated to continue the status hearing scheduled for August 14, 2015. (#15).

    Accordingly,

    IT IS HEREBY ORDERED that the status hearing is rescheduled to 11:00 a.m., August 24, 2015, in courtroom 3D.

    DATED this 12th day of August, 2015.

                                                      _____

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE