Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity
Nevada Bar No. 9779
David J. Freeman
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
bkunimoto@hollandhart.com
bcassity@hollandhart.com
dfreeman@hollandhart.com

*Attorneys for Defendant Victor Chang*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR CHANG, an individual,<br><br>Defendant. | CASE NO.: 2:15-cv-01449-APG-VCF<br><br>**STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANT VICTOR CHANG TO RESPOND TO THE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE HEARINGS**<br><br>**(Second Request)** |

Defendant Victor Chang ("Mr. Chang" or "Defendant") and Plaintiff Audio Visual Services Group, Inc. d/b/a PSAV Presentation Services ("PSAV" or "Plaintiff"), by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 6(b)(1), and Local Rule 6-1, hereby stipulate and agree as follows:

1. Plaintiff commenced this action on July 29, 2015 by filing its *Complaint for Injunctive Relief and Damages* (Dkt #1).

2. On July 29, 2015, Plaintiff also filed an *Emergency Ex Parte Motion for Temporary Restraining Order, Preliminary Injunction and Supporting Memorandum of Points and Authorities* (Dkt. #5) wherein Plaintiff sought to enjoin Mr. Chang from describing, disclosing, misappropriating, publishing, taking, transmitting, transferring, or using for any

purposes certain information Plaintiff contends is confidential and/or proprietary (the "Confidential and Trade Secret Information").

3. On July 30, 2015, the Court entered a *Temporary Restraining Order* (Dkt. #7) (the "TRO"), which required Mr. Chang to, among other things, recall and deliver to Plaintiff all original and copies of any and all correspondence, documents and other material containing, referring or relating to the Confidential and Trade Secret Information, which are in his possession, custody or control, and to refrain from altering, deleting, modifying or removing any data from any and all personal data devices.

4. The TRO also required Mr. Chang to file and serve upon Plaintiff's counsel within ten (10) days after entry of the TRO a written notice, under oath, setting forth in detail the manner in which he has complied with the TRO (the "Written Notice").

5. Further, the TRO set a hearing on Monday, August 10, 2015, at 3:30 p.m. at which time the Court would hear oral argument and decide whether to extend the TRO or grant preliminary injunctive relief (the "Preliminary Hearing").

6. The Summons, Complaint and TRO were served upon Mr. Chang on or about July 31, 2015. Accordingly, the date by which the Written Notice is required to be filed and served is Monday, August 10, 2015. The deadline for Mr. Chang to file an answer or otherwise respond to the Complaint is August 21, 2015.

7. On August 6, 2015, the Court entered an *Order* (Dkt #10) setting a status hearing to determine additional briefing on the issue of Plaintiff's request for permission to enter Mr. Chang's premises and work location to identify and inspect locations where the information at issue may be stored, which was set for August 14, 2015 at 2:00 p.m. (the "Status Hearing").

8. On or about August 7, 2015 and pursuant to the parties' *Stipulation and Proposed Order to Extend Temporary Restraining Order and Continue Hearings* (Dkt. #15) (the "First Stipulation and Order"), the Court issued an order extending and/or continuing the following deadlines:

    a. The Preliminary Hearing for a period of ten (10) days to August 20, 2015, or as soon thereafter as the Court's schedule will allow;

  b. The Temporary Restraining Order (Dkt. #7), filed on July 30, 2015, until the continued date of the Preliminary Hearing;

  c. The deadline for Mr. Chang to file and serve the Written Notice for a period of ten (10) days to August 20, 2015; and

  d. The Status Hearing for a period of ten (10) days to August 24, 2015, or as soon thereafter as the Court's schedule will allow.

9. On or about August 12, 2105 and pursuant to the First Stipulation and Order, the Magistrate Judge ordered that the Status Hearing be rescheduled to 11:00 a.m., August 24, 2015 (Dkt. #16).

10. On or about August 18, 2105 and pursuant to the First Stipulation and Order, the Court ordered that the Preliminary Hearing be rescheduled to 9:00 a.m., August 26, 2015 (Dkt. #17).

11. The parties are currently coordinating the preservation and return of the Confidential and Trade Secret Information without additional Court intervention.

12. To date, a third-party vendor has forensically imaged Mr. Chang's cell phone, personal laptop, the laptop's original hard drive and an external hard drive and downloaded all emails and folders from Mr. Chang's personal Gmail account in order to preserve any and all electronically-stored information ("ESI") that may be at issue.

13. The parties are currently in the process of reviewing the ESI to ensure compliance with the TRO.

14. WHEREFORE, the parties stipulate and agree to enlarge the time for Mr. Chang to answer or otherwise respond to the Complaint, extend the deadline for Mr. Chang to file and serve the Written Notice and to continue the Preliminary and Status Hearings as follows:

  a) The parties agree to enlarge the time for Mr. Chang to answer or otherwise respond to the Complaint, filed on July 29, 2015, for thirty-one (31) days to September 21, 2015;

  b) The parties agree to extend the *Temporary Restraining Order* (Dkt. #7), filed on July 30, 2015, until the continued date of the Preliminary Hearing as set forth below;

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

c) The parties agree to extend the deadline for Mr. Chang to file and serve the Written Notice, until the continued date of the Preliminary Hearing as set forth below;

d) The parties agree to continue the Preliminary Hearing for a period of twenty (20) days to September 15, 2015, or as soon thereafter as the Court's schedule will allow; and

e) The parties agree to continue the Status Hearing for a period of seventeen (17) days to September 10, 2015, or as soon thereafter as the Court's schedule will allow.

15. This Stipulation is submitted prior to the expiration of the period provided for (1) the filing and service of Mr. Chang's response to the Complaint (August 21, 2015), (2) the filing and service of the Written Notice (August 20, 2015), (3) the Status Hearing (August 24, 2015) and (4) the Preliminary Hearing (August 26, 2015), is not interposed merely for delay, and is made in good faith between the parties hereto. The parties have made one similar prior request.

**IT IS SO STIPULATED**:

DATED August 20, 2015.                                DATED August 20, 2015.

*/s/ David J. Freeman*                                */s/ Dennis D. Leone*
Bryce K. Kunimoto, Esq.                               Joseph R. Ganley, Esq.
Robert J. Cassity, Esq.                               Patricia Lee, Esq.
David J. Freeman, Esq.                                HUTCHISON & STEFFEN, LLC
HOLLAND & HART LLP                                    10080 W. Alta Drive, Suite 200
9555 Hillwood Drive, 2nd Floor                        Las Vegas, Nevada 89145
Las Vegas, Nevada 89134
*Attorneys for Defendant Victor Chang*                Dennis D. Leone (*Pro hac vice*)
                                                      Jonathan K. Stitt (*Pro hac vice*)
                                                      SHANKMAN LEONE, P.A.
                                                      707 N. Franklin Street, 5th Floor
                                                      Tampa, Florida 33602
                                                      *Attorneys for Plaintiff PSAV*

**IT IS SO ORDERED** this  24th  day of August, 2015.

UNITED STATES DISTRICT JUDGE

8003662_4                                    4