# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUDIO VISUAL SERIVCES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> VICTOR CHANG, <br><br> Defendant. | Case No. 2:15-cv-01449-APG-VCF <br><br> **ORDER DIRECTING PARTIES TO FILE PROPOSED JOINT PRETRIAL ORDER** |

The proposed joint pretrial order was due on June 30, 2016. ECF No. 34.  No proposed joint pretrial order has been filed.

IT IS THEREFORE ORDERED that the parties shall file the proposed joint pretrial order on or before July 29, 2016.

DATED this 7th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE