Joseph R. Ganley (5643)
Patricia Lee (8287)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile (702) 385-2086
jganley@hutchlegal.com
plee@hutchlegal.com

*Attorneys for plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>VICTOR CHANG, an individual,<br><br>Defendant. | Case No..:  2:15-cv-01449-APG-VCF<br><br>**ORDER FOR RETURN OF CASH DEPOSIT** |

This matter having been dismissed on July 27, 2016,

IT IS HEREBY ORDERED that the cash bond of $2,000, deposited by Hutchison & Steffen, PLLC, on behalf of plaintiff AUDIO VISUAL SERVICES GROUP, INC. d/b/a PSAV PRESENTATION SERVICES on July 31, 2015, be returned to Hutchison & Steffen, PLLC, immediately along with all accrued interest.

DATED: October  19th , 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Joseph R. Ganley*
_____
Joseph R. Ganley (5643)
Patricia Lee (8287)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

1